ROLLIN BROWNE et al., Constituting the State Tax Commission, Plaintiffs, v. CASE, POMEROY & COMPANY, INC., et al., Defendants.— Motion for leave to appeal to the Court of Appeals granted without costs. The court hereby certifies that a question of law has arisen which in its opinion ought to be reviewed by the Court of Appeals. [See *ante*, p. 496.] All concur.

JOSEPH TAGLIAFERRI, Respondent, v. CHARLES SPENCER, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 925.] All concur.

In the Matter of the Claim of DOMINIC RICCI, Respondent, against SAMUEL KATZ et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 928.] All concur.

In the Matter of the Claim of CHARLES RICHARDS, Respondent, against NEAL CREAMER et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. [See *ante*, p. 928.] All concur.

In the Matter of the Claim of MARY E. MARTIN, Respondent, against EDWARD PLAUT et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 929.] All concur.

In the Matter of the Claim of FRED MATISE, Appellant, against MUNRO WATERPROOFING COMPANY et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 929.] All concur.